

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00591-CV

Zaid **TOZI**,
Appellant

v.

**RJ & SONS LLC**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVF001538D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for further proceedings. It is ORDERED that Appellant Zaid Tozi recover his costs of this appeal from Appellee RJ & Sons LLC.

SIGNED October 28, 2020.

_____
Liza A. Rodriguez, Justice